David A. Berstein (State Bar No. 204472)
Nicholas D. Myers (State Bar No. 251809)
MYERS LIN LLP
7545 Irvine Center Drive, Suite 200
Irvine, California 92618
T: 949.623.8750
F: 949.623.8759
david.berstein@myerslin.com

Attorneys for Dive Army

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DIVE ARMY, a California General Partnership,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH P. YAN, an individual; PHILIP E. GUERRERO, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:13-cv-04873-JSC<br><br>**STIPULATED PERMANENT INJUNCTION; [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff DIVE ARMY ("Plaintiff") and Defendants KENNETH P. YAN and PHILIP E. GUERRERO (collectively "Defendants"):

1.  That Defendants, their agents, servants, employees, and all persons acting in concert or participation with them, be enjoined from:

    a.  Using any combination, reproduction, counterfeit, copy or colorable imitation of Plaintiff's DIVE ARMY trademarks, which are the subject of United States Trademark Serial Nos. United States Patent and Trademark Office Serial Numbers 85829025,

85829185, and 86092297, in connection with the advertising, distribution, offering for sale, or sale of any goods or services throughout the world;

b. Using any combination, reproduction, counterfeit, copy or colorable imitation of the DIVE ARMY trademarks in any manner likely to cause confusion, to cause mistake or to deceive the public or likely to injure Plaintiff's business, reputation, or the reputation and goodwill of the DIVE ARMY trademarks throughout the world;

c. Selling, offering to sell, advertising, promoting, or passing off, inducing or enabling others to sell, offer to sell, advertise, promote or pass off any goods or services similar to those provided by Plaintiff under a name or mark the same as or similar to Plaintiff's DIVE ARMY trademarks or utilizing the words "dive" or "army" in the promotion of such goods or services except for in a strictly descriptive form and in no case as a portion or the entirety of any trademark throughout the world;

d. Committing any acts calculated to cause customers or consumers to believe that Defendants' goods or services are the approved goods or services of Plaintiff and otherwise competing unfairly with Plaintiff in any manner, including, but not limited to, using Plaintiff's DIVE ARMY trademarks or any confusingly similar marks throughout the world;

e. Otherwise competing unfairly with Plaintiff in any manner, including, but not limited to, infringing usage of Plaintiff's DIVE ARMY trademarks or any confusingly similar marks throughout the world.

2. That Defendants be required to deliver up to Plaintiff for destruction, any and all materials which bear Plaintiff's DIVE ARMY trademarks or otherwise utilize the mark DIVE ARMY or the words "dive" or "army" in the promotion of such goods or services except for in a strictly descriptive form in their possession or under their control;

3. That Defendants be required to deliver up to Plaintiff for destruction, any and all catalogs, circulars and other printed material in their possession or under their control displaying or exploiting Plaintiff's DIVE ARMY trademarks or otherwise utilize the mark DIVE ARMY or the words "dive" or "army" in the promotion of such goods or services except for in a strictly descriptive form;

4. That Defendants be required to supply Plaintiff with a complete list of entities or individuals to whom they have offered for sale products bearing any of the DIVE ARMY trademarks, and be required to contact such entities, inform them that such items are no longer for sale and may no longer be offered for sale, and providing them with the means of blacking-out the offerings of said products in their advertising materials;

5. That Defendants shall provide, within thirty (30) days of the entry of the Stipulated Permanent Injunction, a written statement, under oath or affirmed under penalty of perjury, setting forth in detail the form and manner in which they have complied with the Stipulated Permanent Injunction.

**SO STIPULATED.**

Dated: December 6, 2013        MYERS LIN LLP

_____
David A. Berstein
Attorneys for Plaintiff DIVE ARMY

Dated: December __, 2013

_____
Kenneth P. Yan, Defendant

Dated: December __, 2013

_____
Philip E. Guerrero, Defendant

4. That Defendants be required to supply Plaintiff with a complete list of entities or individuals to whom they have offered for sale products bearing any of the DIVE ARMY trademarks, and be required to contact such entities, inform them that such items are no longer for sale and may no longer be offered for sale, and providing them with the means of blacking-out the offerings of said products in their advertising materials;

5. That Defendants shall provide, within thirty (30) days of the entry of the Stipulated Permanent Injunction, a written statement, under oath or affirmed under penalty of perjury, setting forth in detail the form and manner in which they have complied with the Stipulated Permanent Injunction.

**SO STIPULATED.**

Dated: December __, 2013　　　　　　　　MYERS LIN LLP

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　David A. Berstein
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff DIVE ARMY

Dated: December 6, 2013

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Kenneth P. Yan, Defendant

Dated: December __, 2013

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Philip E. Guerrero, Defendant

4. That Defendants be required to supply Plaintiff with a complete list of entities or individuals to whom they have offered for sale products bearing any of the DIVE ARMY trademarks, and be required to contact such entities, inform them that such items are no longer for sale and may no longer be offered for sale, and providing them with the means of blacking-out the offerings of said products in their advertising materials;

5. That Defendants shall provide, within thirty (30) days of the entry of the Stipulated Permanent Injunction, a written statement, under oath or affirmed under penalty of perjury, setting forth in detail the form and manner in which they have complied with the Stipulated Permanent Injunction.

**SO STIPULATED.**

Dated: December __, 2013            MYERS LIN LLP

                                    _____
                                    David A. Berstein
                                    Attorneys for Plaintiff DIVE ARMY

Dated: December __, 2013

                                    _____
                                    Kenneth P. Yan, Defendant

Dated: December 6, 2013

                                    _____
                                    Philip E. Guerrero, Defendant

3
Stipulated Permanent Injunction

# ORDER

Dive Army v. Kenneth P. Yan, et al.

Northern District of California Case No. 3:13-cv-04873-JSC

**IT IS HEREBY ORDERED THAT** a Permanent Injunction be entered pursuant to the stipulation, attached hereto, by and between Plaintiff DIVE ARMY, Defendant KENNETH P. YAN, and Defendant PHILIP E. GUERRERO.

IT IS SO ORDERED.

Dated: December 10, 2013

*Jacqueline S. Corley*
Jacqueline S. Corley
United States Magistrate Judge